```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
YUNSEO CHUNG,
                                                    O R D E R
            Plaintiff-Petitioner,
                                                    25 Civ. 2412 (NRB)
        - against -

DONALD J. TRUMP, in his official
capacity as President of the United
States of America; MARCO RUBIO, in his
official capacity as Secretary of
State, U.S. Department of State;
PAMELA BONDI, in her official capacity
as Attorney General, U.S. Department
of Justice; KRISTI NOEM, in her
official capacity as Secretary of
Homeland Security, U.S. Department of
Homeland Security; TODD M. LYONS, in
his official capacity as Acting
Director, U.S. Immigration and Customs
Enforcement; and WILLIAM P. JOYCE, in
his official capacity as Acting Field
Office Director of the New York
Immigration and Customs Enforcement
Office,

            Defendants-Respondents.

----------------------------------------X
```

**WHEREAS**, plaintiff-petitioner has moved for a preliminary injunction; and

**WHEREAS**, the Court has determined, after reviewing plaintiff-petitioner's papers in support and defendants-respondents' papers in opposition, that plaintiff-petitioner's motion should be granted; it is hereby

**ORDERED** that defendants-respondents are preliminarily enjoined

as follows:

    (1) Defendants-Respondents are enjoined from detaining and/or arresting the plaintiff-petitioner pending further order of this Court.

    (2) Defendants-Respondents are enjoined from transferring the plaintiff-petitioner from the jurisdiction of this District pending further order of this Court.

    (3) Should defendants-respondents seek to detain plaintiff-petitioner on any asserted basis other than pursuing her removal under 8 U.S.C. § 1227(a)(4)(C), defendants-respondents are ordered to provide seventy-two hours' advance notice to the Court and counsel, in order to enable plaintiff-petitioner an opportunity to be heard regarding whether any such asserted basis for detention constitutes a pretext for First Amendment retaliation.

    (4) The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

Dated:    June 5, 2025
            New York, New York

                                                *[signature]*
                                        NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE