## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Chung v. Trump**     Docket No.: **25-1660**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Naz Ahmad**

Firm: **CLEAR project Main Street Legal Services Inc.**

Address: **CUNY School of Law 2 Court Square**

Telephone: **718 340 4630**     Fax: **718 340 4478**

E-mail: **naz.ahmad@law.cuny.edu**

Appearance for: **Yunseo Chung (Appellee)**
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: **Emery Celli, Human Rights First, LCCR-SF, Nathan Yaffe, Jonathan Hafetz** )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **09/05/2021** _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: **Naz Ahmad**