# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Chung v. Trump                                          Docket No.: 25-1660

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y.

Appearance for (party/designation): President Donald Trump, Secretary Marco Rubio, Attorney General Pamela Bondi, Secretary Kristi Noem, Acting Director Todd Lyons, Acting Field Office Director LaDeon Francis / Defendants-Appellants (in their official capacities)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect. Please change the following parties' designations:
        Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____     Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 3, 2025      OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Benjamin H. Torrance
Type or Print Name: Benjamin H. Torrance
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.