**Corrected Caption Sheet**

Short Title: <u>Chung v. Trump</u>
Docket No. <u>25-1660</u>

| **Corrected Caption:** |
|---|
| Yunseo Chung,<br>      Plaintiff-Appellee,<br><br>   v.<br><br><br>Donald Trump, in his official capacity as President of the United States, Marco Rubio, in his official capacity as Secretary of State, Pamela Bondi, United States Attorney General, in her official capacity as Attorney General, Kristi Noem, in her official capacity as Secretary of Homeland Security, Todd Lyons, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement, ~~William Joyce~~, **LaDeon Francis**, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br>      Defendants-Appellants. |

**Corrections (in bold):**

Pursuant to Fed. R. App. 43(c), LaDeon Francis replaces William Joyce as Acting Field Office Director of the New York Immigration and Customs Enforcement Office.