

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 25, 2025

By ECF
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

  Re: *Chung v. Trump*, 25-1660

Dear Ms. Wolfe:

  On behalf of defendants-appellants, and in accordance with Local Rule 31.2(a)(1)(A), I write respectfully to request a deadline of October 24, 2025, for the filing of appellants' principal brief in this appeal. This date is 91 days from the "ready date" of July 25, 2025.

  Thank you for your consideration of this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    By: */s/ Brandon M. Waterman*
        BRANDON M. WATERMAN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2743
        brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)