UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-five,

Yunseo Chung,

    Plaintiff - Appellee,

v.

Donald J. Trump, in his official capacity as President of the United States of America, Marco Rubio, in his official capacity as Secretary of State, Pamela Bondi, United States Attorney General, in her official capacity as Attorney General, Kristi Noem, Kristi Noem in her official capacity as Secretary of Homeland Security, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, William Joyce, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

    Defendants - Appellants.

**ORDER**
Docket No. 25-1660

Counsel for Appellant Donald Trump, Kristi Noem, LaDeon Francis, Marco Rubio, Pamela Bondi, Todd Lyons has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 24, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before October 24, 2025. The appeal is dismissed effective October 24, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

