# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of February, two thousand twenty-six.

Before:  William J. Nardini,
      *Circuit Judge.*

_____

Yunseo Chung,

    Plaintiff - Appellee,

  v.

Donald J. Trump, in his official capacity as President of the United States of America, Marco Rubio, in his official capacity as Secretary of State, Pamela Bondi, United States Attorney General, in her official capacity as Attorney General, Kristi Noem, Kristi Noem in her official capacity as Secretary of Homeland Security, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, William Joyce, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 25-1660

Appellee moves for an extension of time to file the response brief until 60 days after the later-issued of the Court's decisions in *Ozturk v. Hyde* (No. 25-1019) and *Mahdawi v. Trump* (No. 25-1113), with Appellants' reply brief due 21 days after Appellee's brief is filed.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee must file a Local Rule 31.2 scheduling request with an updated brief deadline within 10 days after the later of the Court's decisions in *Ozturk* and *Mahdawi*.

        For the Court**:**
        Catherine O'Hagan Wolfe,
        Clerk of Court

