**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-1660__                                    Caption [use short title]

Motion for: __Extension of Time to File Appellee's Brief__        Chung v. Trump

Set forth below precise, complete statement of relief sought:

Motion to hold briefing schedule in abeyance pending
further review in Mahdawi v. Trump (No. 25-1113).
Appellee to file brief within 60 days of issuance of
the mandate in Mahdawi v. Trump.

MOVING PARTY: __Yunseo Chung__        OPPOSING PARTY: __Trump et al.,__

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☒ Appellee/Respondent

MOVING ATTORNEY: __Naz Ahmad__        OPPOSING ATTORNEY: __Brandon Waterman__

[name of attorney, with firm, address, phone number and e-mail]

CLEAR clinic, MSLS                          U.S. Attorney's Office - SDNY

CUNY School of Law Long Island City, NY 11101    86 Chambers Street, 3rd Fl, New York, NY 10007

718-340-4630; naz.ahmad@law.cuny.edu         212-637-2743; brandon.waterman@usdoj.gov

Court- Judge/ Agency appealed from: __Southern District of New York (Buchwald, J.)__

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):_____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?      ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☒ No If yes, enter date:_____

Signature of Moving Attorney:
_____ Date: 7/23/2026     Service : ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

YUNSEO CHUNG,

*Petitioner–Appellee*,

Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Todd BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice; Markwayne MULLIN, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and LaDeon FRANCIS, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office;

*Respondents–Appellants*.

Case No. 25-1660

Declaration of Naz Ahmad

I, Naz Ahmad, hereby submit this declaration in support of Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief:

1. I am an Assistant Professor of Law and Director of the CLEAR clinic at CUNY School of Law. I am admitted to practice in the State of New York and am admitted to practice in this Court.

2. I submit this declaration in support of Appellee's unopposed motion for an extension of time to file her brief.

3. Appellee requests to hold briefing in abeyance pending issuance of the mandate in *Mahdawi v. Trump*, 2026 WL 2090981 (2d Cir. July 2026).

4. On February 6, 2026, Appellee sought, unopposed, a first extension of time to file her merits brief after the later-issued of the panel opinions in *Ozturk v. Hyde* (No. 25-1019) and *Mahdawi v. Trump* (No. 25-1113). Appellants had originally indicated to the Court that *Öztürk* and *Mahdawi* involved substantially similar issues to this matter. *See* Form C, Dkt. No. 26.

5. On February 9, 2026, the Court granted this motion and directed Appellee to file an LR 31.2 scheduling letter within 10 days of the later-issued opinions in *Öztürk* or *Mahdawi*.

6. On July 21, 2026, the Court issued its decision in *Mahdawi v. Trump*, and granted Appellants-Respondents' motion to dismiss the appeal in *Öztürk v. Hyde*.

7. Purusant to FRAP 41(b), the mandate in *Mahdawi* will not issue until after any petition for rehearing is resolved, or the time to seek rehearing has expired.

8. In the interests of the orderly presentation of the parties' positions, and conserving the Court's time and resources, Appellee respectfully requests that her brief be due 60 days after the issuance of the mandate in *Mahdawi*.

9. I conferred with Counsel for Appellants-Respondents on July 22, 2026, who advised they consent to this request.

10. If the instant application is granted, within 10 days of the issuance of the mandate in *Mahdawi*, Appellee would – unless the Court instructs differently – file a letter in accordiance with LR 31.2 with an updated deadline for Appellee's brief.

11. This is Appellee's second request concerning the briefing deadlines.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 23, 2026

Respectfully submitted,


 /s/*Naz Ahmad*
Naz Ahmad


*Attorney for Petitioner-Appellee*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 367 words, according to the count of Microsoft Word.

/s/ *Naz Ahmad*
Naz Ahmad