# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

---

Yunseo Chung,

Plaintiff - Appellee,

v.

Donald Trump, in his official capacity as President of the United States of America, Marco Rubio, in his official capacity as Secretary of State, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, LaDeon Francis, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,, Markwayne Mullin, Secretary of Homeland Security, Todd Blanche, Acting United States Attorney General,

Defendants - Appellants.

---

**ORDER**

Docket No. 25-1660

Appellee requests the Court hold the briefing schedule in abeyance pending issuance of the mandate in *Mahdawi v. Trump* (2d Cir. No. 25-1113).

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee's brief is due 60 days after the issuance of the mandate in *Mahdawi*.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/29/2026